

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2019

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York, 10007

*"Wheel A"*

Re:   **United States v. Darius Davis et al., No. 19 Cr. 27**

Dear Judge Lehrburger:

The Government writes respectfully to request that the Court unseal the above-referenced indictment, 19 Cr. 27, and that it be wheeled out to a district judge. I have been advised that Darius Davis has been arrested and are currently in custody within the jurisdiction of the Southern District of New York.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Tara M. La Morte
Assistant United States Attorney
(212) 637-1041

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   JAN 2 5 2019

SO ORDERED:

_____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE