**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 19, 2020

**BY ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Darius Davis,
      19 Cr. 27 (PGG)**

Dear Judge Gardephe:

MEMO ENDORSED
The sentencing currently scheduled for June 11, 2020 is adjourned to July 21, 2020 at 4:00 p.m.

SO ORDERED.

/s/ Paul G. Gardephe

Paul G. Gardephe
United States District Judge
May 21, 2020

I write with the consent of the government to request that the Court again adjourn Mr. Davis's sentencing in light of the ongoing coronavirus pandemic. Sentencing is currently scheduled for June 11. I request that it be adjourned to mid to late July.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Tara LaMorte