UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DARIUS DAVIS,

                Defendant.

**ORDER**

19 Cr. 27 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the Defendant's sentencing, previously scheduled for October 6, 2020, will now take place on **December 4, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         September 23, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge