UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DARIUS DAVIS,

                Defendant.

**ORDER**

19 Cr. 27 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the Defendant's sentencing, previously scheduled for December 4, 2020, will now take place on **December 14, 2020 at 2:00 p.m.**

Dated: New York, New York
       November 29, 2020

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge