UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DARIUS DAVIS,

              Defendant.

**ORDER**

19 Cr. 27 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The Defendant's sentencing, currently scheduled for February 26, 2021, is adjourned to **May 14, 2021 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       February 16, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge