UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DARIUS DAVIS,

                Defendant.

**ORDER**

19 Cr. 27 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 23, 2019;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
         May 13, 2021

                           SO ORDERED.

                           Paul G. Gardephe
                           United States District Judge