# TAYLOR & COHEN LLP

40 Worth Street, 10th Floor
New York, NY 10013
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

September 28, 2023

*By ECF and Email*

The Honorable Paul G. Gardephe
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *U.S. v. Michael Mack*, 19 CR 27 (PGG)**

Dear Judge Gardephe:

    I represent Michael Mack in the above-referenced case. I am writing to request a one-month adjournment of the VOSR hearing date scheduled on October 2, 2023. The government and Probation consent to this request.

    Since the last adjournment request, on August 18, 2023, the court in the underlying state case has decided Mr. Mack's pretrial motions and set a trial date in January 2024. I am in discussions with the government regarding a resolution of the federal violation, and Mr. Mack's counsel in the state case is engaged in parallel discussions with the District Attorney's office. Accordingly, I am requesting an adjournment so the parties can continue their negotiations concerning a resolution of the cases.

Respectfully,

Zachary Taylor

cc:    Tara LaMorte, Esq.
        Assistant United States Attorney (*by ECF*)
        Alicia Black
        United States Probation Officer (*by email*)

**MEMO ENDORSED**

The hearing is adjourned to November 1, 2023 at 11:00 a.m.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
September 28, 2023