UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DARIUS DAVIS,

                Defendant.

**ORDER**

19 Cr. 27 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter currently scheduled for March 13, 2024, at 12:00 p.m. is adjourned to **March 13, 2024, at 3:00 p.m.** The Conference will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 12, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge