

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 21, 2024

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Darius Davis*, 19 Cr. 27 (PGG)

Dear Judge Gardephe:

    The Government submits this letter with the consent of defense counsel and the United States Probation Office ("Probation"), to respectfully request an adjournment of the violation of supervised release ("VOSR") conference currently scheduled for June 24, 2024, in the above-captioned matter. On June 21, 2024, the defendant was charged by criminal complaint – *U.S. v. Davis*, 24 Mag. 2353 – in connection with the conduct underlying certain violations alleged by Probation in the violation report dated March 8, 2024. Because the outcome of this criminal case will affect any resolution of the VOSR, the Government requests that the VOSR conference be adjourned approximately 60 days until the week of August 19, 2024. The Government understands that defense counsel is available that week as well.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Varun A. Gumaste
Varun A. Gumaste
Assistant United States Attorney
(212) 637-1023

**MEMO ENDORSED**
The Application is granted. The hearing is adjourned to Aug. 19, 2024 at 10:00 A.M.
SO ORDERED:
/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: June 21, 2024

cc:    Clay Kaminsky, Esq. (by ECF)