| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street, 10th Floor<br>New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| Tamara Giwa<br>*Executive Director* | Jennifer L. Brown<br>*Attorney-in-Charge* |

August 16, 2025

**BY ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Darius Davis,**
    **19 Cr. 27 (PGG)**

Dear Judge Gardephe:

The Court has rescheduled the next conference in this supervised-release matter for 2:00 p.m. on September 5, 2024. I regret that I am unavailable at that time, because I have conflicting court appearance.

I therefore respectfully request, with the consent of the government, that the conference in this matter be rescheduled to September 6, 2024, at 11:00 a.m., when I understand the Court and the government also both have availability.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Varun Gumaste

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: Aug 16, 2024